IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE BARNES, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:20-cv-03205-PX |
| MARRIOTT INTERNATIONAL, INC., | * | |
| Defendant. | | |

\*\*\*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is the 22nd day of July, 2021, by the United States District Court for the District of Maryland, ORDERED that:

1. The parties' Motion to Approve Settlement (ECF No. 14) is GRANTED IN PART AND DENIED IN PART;

2. The Settlement Agreement and Releases (ECF Nos. 14-1, 14-2, 14-3 & 14-4) are APPROVED IN PART AND DENIED IN PART;

3. Plaintiff's Motion for Conditional Certification (ECF No. 6) is DENIED WITHOUT PREJUDICE with leave to refile if this case does not settle;

4. Within 14 days, the parties are to submit a joint status report informing the Court how they wish to proceed in this case;

5. The Clerk SHALL TRANSMIT copies of this Memorandum and Order to the parties.

July 22, 2021_____       \_\_/S/_____
Date                                                                 Paula Xinis
                                                                           United States District Judge