UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**MICHELLE BARNES and PAIGE STROMAN,** individually, and on behalf of others similarly situated,

        Plaintiffs,

vs.

**MARRIOTT INTERNATIONAL, INC.**, a Delaware corporation headquartered in Maryland,

        Defendant.

Case No. 8:20-CV-03205-PX

---

**JOINT STATUS REPORT AND REQUEST FOR APPROVAL OF REVISED SETTLEMENT AGREEMENTS**

This joint status report and request for approval of settlement is submitted pursuant to the Court's July 22, 2021 Order regarding the parties proposed settlement. ECF No. 17.  In that Order, the Court approved $22,855 for attorney fees, which was $4,445 less than requested in the Motion to Approve the Settlement.  The parties have agreed to reallocate the $4,445 to the class members on a pro-rata basis.  Plaintiff has attached the revised settlement agreements hereto as ***Exhibit 1***.

Wherefore, the parties respectfully request that the Court approve the attached settlement agreements, which will conclude this litigation.

Respectfully Submitted,

Dated:  August 5, 2021

*/s/ Jason J. Thompson*
Jason J. Thompson (MD Bar # 13428)
Charles R. Ash, IV (*Pro Hac Vice* application forthcoming)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
248-355-0300
jthompson@sommerspc.com
crash@sommerspc.com

***Attorneys for Plaintiffs***

Dated:  August 5, 2021

/s/ *Lincoln Bisbee*
Lincoln Bisbee (admitted *pro hac vice*)
Maryland Bar No. 24072412
lincoln.bisbee@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I certify that on August 5, 2021, I electronically filed the Joint Status Report with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

On August 5, 2021, I forwarded a copy of the filed Joint Status Report to the following attorneys representing the defendants to his below email address:

Morgan, Lewis & Bockius, LLP
Lincoln Bisbee [lincoln.bisbee@morganlewis.com]
Ian A. Wright [ian.wright@morganlewis.com]
Thomas Cullen Wallace [cullen.wallace@morganlewis.com]

/s/ Wendy Vaughn
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 355-0300