

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

August 12, 2021

Re:   20-3205, *Barnes v. Marriott International, Inc.*,

### **LETTER ORDER**

On July 22, 2021, this Court approved in part and denied in part the parties' joint motion for settlement approval pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* ECF Nos. 17 & 18. The Court approved the award amounts for the individual plaintiffs but modified the award of attorney's fees using the lodestar method. *See* ECF No. 17. The Court approved $22,855 in attorney's fees plus $440.89 for related costs and expenses. *Id.* at 7.

As this Court instructed, the parties have modified their joint motion and propose reallocating the unapproved portion of the requested attorney's fees to the individual plaintiffs on a pro-rata basis. Under the renewed motion, counsel for Plaintiffs will receive $22,855 in attorney's fees and $440.89 in costs and expenses. *See* ECF No. 19-1. The Court finds the modified agreement fair and reasonable, and the renewed motion at ECF No. 19 is granted.

The Clerk shall TRANSMIT copies of this order to the parties and CLOSE this case. Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

/S/
PAULA XINIS
United States District Judge